UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-4637 JFW(JCx) | Date | June 20, 2014 |
|---|---|---|---|
| Title | Melissa Zuniga, et al. v. Western Apartments, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Hana Rashad | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     (IN CHAMBERS)  **ORDER VACATING HEARING ON, SUBMITTING, AND DENYING MOTION FOR PROTECTIVE ORDER (DOCKET NO. 48)**

     On November 13, 2013, plaintiffs Melissa Zuniga, minors R.J. and A.J. through their guardian ad litem Zuniga, Diane Rodriguez, minors M.R. and E.R. through their guardian ad litem Rodriguez, Dalila Gonzalez, minors K.R., N.R., and D.R., through their guardian ad litem Gonzalez, Jose Ramirez Esquesda, Gloria Orozco, and minors L.O. and A.O., through their guardian ad litem Orozco (collectively "plaintiffs") filed the operative First Amended Complaint pursuant to the federal Fair Housing Act, 42 U.S.C. § 3601 et seq., and related California laws against Western Apartments, Real Estate Connection, and BTS (collectively "defendants").  Plaintiffs essentially allege that defendants have discriminated against families with children based on familial status in the operation of the Western Apartments.  Defendants filed an Answer on December 17, 2013.

     On May 23, 2014, defendant BTS filed a Motion for Protective Order to Prevent Second Deposition of Person Most Knowledgeable for Defendant BTS ("Defendant's Motion) which is noticed for hearing before this Court on June 24, 2014 at 9:30 a.m.  On June 3, 2014, plaintiffs filed an opposition to Defendant's Motion ("Opposition").  On June 10, 2014, defendant BTS filed a Reply.

     Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds Defendant's Motion appropriate for decision without oral argument.  The hearing calendared for June 24, 2014 is hereby vacated and the matter taken off calendar.

     Defendant's Motion (to the extent it has not been mooted at this juncture) is denied on the merits.  Simply put, the Court finds plaintiffs' arguments to be more persuasive than those proffered by defendant.

     IT IS SO ORDERED.